**Opinion issued February 24, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-15-00105-CV**

**NO. 01-15-00106-CV**

———————————

**IN RE JOSEPH BARNARD HINES, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relator, Joseph Barnard Hines, seeks a writ of mandamus compelling the trial court to rule on a motion relator filed in two trial court cases, cause numbers 98-00746J and 98-00755J.[*]

We **deny** the petition for writ of mandamus.

---

[*] The underlying cases are *In the Matter of Joseph Barnard Hines*, cause numbers 98-00746J and 98-00755J, from the 313th District Court of Harris County, Texas, the Honorable Devlin Glenn presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.